**UNITED STATES of America, Plaintiff–Appellee**

v.

**Warren CLINTON, Defendant–Appellant.**

**No. 15–2740.**

United States Court of Appeals, Eighth Circuit.

Submitted: March 4, 2016.

Filed: March 4, 2016.

Michelle M. Law, Asst. Fed. Public Defender, Springfield, MO (Laine Cardarella, Fed. Public Defender, Kansas City, MO, on the brief), for appellant.

Warren Clinton, White Deer, PA, pro se.

Cynthia J. Hyde, Asst. U.S. Atty., Springfield, MO, for appellee.

Before BENTON, BOWMAN, and KELLY, Circuit Judges.

PER CURIAM.

Federal prisoner Warren Daniel Clinton appeals the district court's[1] order committing him for mental health care or treatment under 18 U.S.C. § 4245. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

There is no clear error in the district court's conclusion that a preponderance of the evidence established that Clinton was in need of hospitalization for care or treatment. *See* 18 U.S.C. § 4245(d) (burden of proof); *United States v. Bean,* 373 F.3d 877, 879 (8th Cir.2004) (standard of review).

The judgment is affirmed, and counsel's motion to withdraw is granted. *See* 8th Cir. R. 47B.

---

1. The Honorable M. Douglas Harpool, United States District Judge for the Western District of Missouri, adopting the report and recommendations of the Honorable David P. Rush, United States Magistrate Judge for the Western District of Missouri.